UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLYDE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-02082- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On July 10, 2015, the parties filed a stipulation for Plaintiff to serve Defendant with a confidential letter brief. (Doc. 11) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4) Because this is the first extension requested, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　Plaintiff's request for an extension of time is **GRANTED**; and

　　2.　　Plaintiff **SHALL** serve his confidential letter brief no later than **August 10, 2015**.

IT IS SO ORDERED.

Dated:　**July 14, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1