# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLYDE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-02082 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

　　　On November 17, 2016, Plaintiff James Clyde Smith and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 19)

　　　Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $5,006.77 are **AWARDED** to Plaintiff, James Clyde Smith.

IT IS SO ORDERED.

　　Dated:　**November 18, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1